| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | JS-6 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANTONIA MERCADO, | Case No.: CV 12-7798 FMO (AGRx) |
| Plaintiff, | **ORDER FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677;** |
| vs. | |
| UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive, | Hon. Fernando M. Olguin |
| Defendant. | |

The parties having filed a Stipulation for Compromise Settlement and Dismissal,

///

///

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;
2. Each party shall bear their own costs of suit and fees; and
3. The Court retains jurisdiction pending payment of the settlement.

DATED: October 18, 2013

/s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE